922

No. 71–785. MARIEMONT, INC. *v.* MASHETER, DIRECTOR OF HIGHWAYS. Sup. Ct. Ohio. Certiorari denied.

No. 71–795. SOUTHERN RAILWAY Co. *v.* CITY OF MORRISTOWN. C. A. 6th Cir. Certiorari denied.

No. 71–802. BARBARA *v.* JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 71–804. WOLFF *v.* KORHOLZ ET AL. C. A. 7th Cir. Certiorari denied.

No. 71–808. FLUOR WESTERN, INC. *v.* G & H OFFSHORE TOWING CO., INC. C. A. 5th Cir. Certiorari denied.

No. 71–811. MARKS *v.* DEMOCRATIC PARTY OF THE UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–820. GENERAL MOTORS CORP. *v.* JENKINS. C. A. 5th Cir. Certiorari denied.

No. 71–823. JORGENSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 71–825. ENRESCO, INC., ET AL. *v.* VALMONT INDUSTRIES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–835. GIACALONE *v.* LUCAS, SHERIFF. C. A. 6th Cir. Certiorari denied.

No. 71–837. ROPER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.